**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   In re Andrew Preston Shannon

Appellate case numbers:   01-21-00037-CR & 01-21-00038-CR

Trial court case numbers:   17-DCR-079922 & 18-DCR-084489

Trial court:   240th District Court of Fort Bend County

On January 20, 2021, relator, Andrew Preston Shannon, currently incarcerated in the Texas Department of Criminal Justice and proceeding pro se, filed a petition for writ of mandamus with this Court, asserting that the "trial court abused its discretion by denying relator's requests for bond reductions [and] ankle monitor deferral fees." On February 2, 2021, this Court dismissed relator's mandamus petition for lack of jurisdiction, because relator has court-appointed counsel. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (because appellant was represented by counsel and was not entitled to hybrid representation, pro se supplemental brief presented nothing for appellate court's review).

Any motion for rehearing was due on or before February 17, 2021. *See* TEX. R. APP. P. 52.9. On February 22, 2021, relator filed a motion to extend time for filing a motion for rehearing. Relator's motion was granted, extending the deadline to file a motion for rehearing to March 17, 2021.

On March 29, 2021, relator filed a second motion to extend time for filing a motion for rehearing, requesting an extension of forty-five days to file a motion for rehearing with this Court. Relator's motion is **granted**. Any motion for rehearing is due to be filed with this Court no later than forty-five days from the date of this order. **No further extensions of time will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
  ☑ Acting individually   ☐ Acting for the Court

Date: __April 8, 2021_____